UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES F. LONGNECKER, II,

        Plaintiff,                  Case no. 15-11705
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

     Before the court is Magistrate Judge David R. Grand's report and recommendation, filed August 28, 2015.  No objections have been filed by the parties.  The court having conducted a thorough review of the entire file;

     IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.  IT IS FURTHER ORDERED that Plaintiff's motion for default judgment (document no. 10) is DENIED.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date:  November 10, 2015

  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 10, 2015, using the ECF system and/or ordinary mail.


          s/William Barkholz
          Case Manager