UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES F. LONGNECKER, II,

       Plaintiff,                  Case no. 15-11705
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge David R. Grand's report and recommendation, filed September 18, 2015. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions. IT IS FURTHER ORDERED that Defendant's motion to dismiss (document no. 8) and Plaintiff's motion for judgment on the pleadings (document no. 12) are DENIED.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date:  November 10, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 10, 2015, using the ECF system and/or ordinary mail.


                                                s/William Barkholz
                                                Case Manager