UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES F. LONGNECKER, II,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 15-11705

Honorable John Corbett O'Meara

**ORDER AFFIRMING MAGISTRATE JUDGE GRAND'S
DECEMBER 28, 2015 ORDER**

    This matter came before the court on plaintiff Charles F. Longnecker, II's January 13, 2016 objections to Magistrate Judge David R. Grand's December 28, 2015 order denying Plaintiff's motion to award expenses. Defendant filed a response January 19, 2016. No oral argument was heard.

    The court, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A), has reviewed the magistrate judge's order, as well as Plaintiff's objections and Defendant's response to those objections, and finds that the order is not clearly erroneous or contrary to law.

    Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's December 28, 2015 order is **AFFIRMED.**

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date: February 11, 2016

  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 11, 2016, using the ECF system and/or ordinary mail.

              s/William Barkholz
              Case Manager