UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES F. LONGNECKER, II,

    Plaintiff,

Case No. 15-11705

Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                        /

## ORDER ADOPTING MAGISTRATE JUDGE GRAND'S
## MAY 25, 2016 REPORT AND RECOMMENDATION

      The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's May 25, 2016 Report and Recommendation, as well as Plaintiff's June 14, 2016 objections; Defendant's June 17, 2016 objections; and Plaintiff's June 28, 2016 response to Defendant's objections.

      After conducting a *de novo* review of the matter, the court hereby **ORDERS** that Magistrate Judge Grand's May 25, 2016 Report and Recommendation is **ADOPTED.**

      It is further **ORDERED** that Defendant's motion for summary judgment is **DENIED.**

      It is further **ORDERED** that Plaintiff's motion for summary judgment is **GRANTED IN PART**, and that this matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date:  July 19, 2016

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 19, 2016, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager